IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIEJEA STERN, | : |
|     Plaintiff | : |
|       v. | : Case No. 2:22-cv-1608-KAP |
| FRACKVILLE CORRECTIONS OFFICER, | : |
|     Defendant | : |

### Memorandum Order

Plaintiff was an inmate at S.C.I. Somerset in 2019, and filed a civil complaint in this court concerning conditions of confinement there. *See* Stern v. SCI Somerset Officers, 3:19-cv-68-KAP (W.D.Pa.). After plaintiff was transferred out of this district he has filed civil complaints concerning conditions of confinement at other prisons, and pursuant to 28 U.S.C.§ 1404(b), this court has transferred those complaints to the proper venue. *See* Stern v. Captain Bey, 2:20-cv-1659-KAP (W.D.Pa.).

Plaintiff's current complaint (plaintiff submitted four form complaints stating substantially the same thing that were docketed as one complaint) is about events on August 27, 2021 at S.C.I. Frackville, in the Middle District of Pennsylvania. The Middle District is the proper venue to consider this matter: this Court is not. See 28 U.S.C.§ 1391(b)(2).

Pursuant to 28 U.S.C.§ 1404(b), the Clerk shall transfer this matter to the United States District Court for the Middle District of Pennsylvania for any action that Court deems appropriate, including action on plaintiff's incomplete motion for leave to proceed *in forma pauperis*, ECF no. 1.

DATE: November 17, 2022

Keith A. Pesto,
United States Magistrate Judge

Niejea Stern MQ-9157
S.C.I. Phoenix
1200 Mokychic Drive
Collegeville, PA 19426